UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ALFONZO MONTEL JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No.  1:24-CV-101-JRG-SKL |
| QCHC OF TENNESSEE, PLLC, and HAMILTON COUNTY, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum and order filed herewith, this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED**. Because the Court **CERTIFIED** in the memorandum and order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**

s/ J. RONNIE GREER
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

CLERK OF COURT